**Mark Miller, 09563**
mmiller@hollandhart.com
**HOLLAND & HART LLP**
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5800
***Attorneys for Plaintiffs***

**Casey W. Jones**
cjones@strongandhanni.com
**STRONG & HANNI**
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080

**Yanling Jiang**
yanling@jiangip.com
**JiangIP LLC**
233 S. Wacker Dr. 84th Floor
Chicago, IL 60606
Telephone: (312) 283-8091
***Attorneys for Defendant***

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **LANDESK SOFTWARE, INC.,** a Delaware corporation,<br><br>and<br><br>**CRIMSON CORPORATION**, a Delaware corporation,<br><br>Plaintiffs,<br>vs.<br><br>**WAVLINK TECHNOLOGY LTD.**, a Delaware corporation,<br><br>Defendant. | **JOINT STATUS REPORT**<br><br>Case No. 2:16-cv-00400-DN<br><br>Judge David Nuffer |

Pursuant to the Court's Status Report Order (Dkt. 33), Plaintiffs, LANDesk Software and Crimson Corporation ("Plaintiffs") and Defendant Wavlink Technology Ltd. ("Defendant") (Plaintiffs and Defendant collectively the "Parties") hereby notify the Court that the parties have conferred and have reached agreement on material terms for settling the present case. The parties are in the process of formalizing their agreement in a written settlement agreement. Because Defendants have principles in China and Plaintiffs recently went through a corporate acquisition, the negotiations have moved slower than anticipated. However, the parties expect to have a final agreement that will result in a dismissal of the case within 60 days. The parties therefore request that the Court suspend all deadlines for 60 days while the parties formalize and finalize their agreement.

Dated January 8, 2018.

Respectfully submitted by,

STRONG & HANNI

/s/ Casey W. Jones
Casey W. Jones

JIANGIP LLC

/s/ Yanling Jiang
Yanling Jiang

***Attorneys for Defendant***
(signed with permission of Defendant's counsel)

HOLLAND & HART, LLP

/s/ *Mark A. Miller*
Mark A. Miller

***Attorneys for Plaintiffs***

10569375_1