James L. Barnett (7402)
**HOLLAND & HART LLP**
222 S. Main Street, Suite 2200,
Salt Lake City, UT 84101
Telephone:   (801) 799-5826
jbarnett@hollandhart.com

*Attorneys for plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LANDESK SOFTWARE, INC., a Delaware Corporation, and CRIMSON CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br>vs.<br><br>WAVLINK TECHNOLOGY LTD., a Delaware corporation,<br><br>    Defendant. | **JOINT STATUS REPORT**<br><br>Case No. 2:16-cv-00400-DN<br><br>Judge David Nuffer |

Pursuant to the Court's Status Report Order (Dkt. 40), plaintiffs, LANDesk Software, Inc.and Crimson Corporation ("plaintiffs") and defendant Wavlink Technology Ltd. ("defendant") hereby notify the Court that the parties have conferred and request that they be given additional time to try and resolve outstanding issues, and that failing resolution within the next 90 days, the parties jointly report back to the Court about whether to proceed with the litigation or participate in a Court-sponsored settlement conference.   There has been some corporate transitions and changes in key personnel since the parties were last before the Court. Further, because defendant is located in China, with current world health concerns, it may take some extra time to complete settlement discussions. Consequently, the parties jointly request that they be given 90 more days to report

back to the Court on whether they have reached agreement or if they need additional Court participation.

Dated March 4, 2020.

Respectfully submitted by,

| STRONG & HANNI | HOLLAND & HART, LLP |
|---|---|
| /s/ *Casey W. Jones*<br>Casey W. Jones | /s/ *James L. Barnett*<br>James L. Barnett |
| ***Attorneys for defendant***<br>*(Signed by Filing Attorney with permission of Attorneys for defendant)* | ***Attorneys for plaintiffs*** |

14296914_v1