James L. Barnett (7402)
**HOLLAND & HART LLP**
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5826
jbarnett@hollandhart.com

*Attorneys for plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LANDESK SOFTWARE, INC., a Delaware Corporation, and CRIMSON CORPORATION, a Delaware corporation,<br><br>         Plaintiffs,<br>vs.<br><br>WAVLINK TECHNOLOGY LTD., a Delaware corporation,<br><br>         Defendant. | **JOINT STATUS REPORT**<br><br><br>Case No. 2:16-cv-00400-DN<br><br><br>Judge David Nuffer |

Pursuant to the Court's Status Report Order (Dkt. 40), plaintiffs, LANDesk Software, Inc. and Crimson Corporation ("plaintiffs") and defendant Wavlink Technology Ltd. ("defendant") hereby notify the Court that the parties have conferred and request that they be given additional time to try and resolve outstanding issues, and that failing resolution within the next 90 days, the parties jointly report back to the Court about whether to proceed with the litigation or participate in a Court-sponsored settlement conference.

Responding to the Court's request, the parties filed their first Joint Status Report (Dkt. 41) on March 4, 2020, citing corporate transitions and key personnel changes, as well as an emerging health threat especially since one of the parties is located in China. The Court is well aware of the

effects of the world-wide pandemic and the changes since March 4, 2020. Additionally, since the last report, there have been further key personnel changes for plaintiff. And further, the market conditions of the underlying products and brands have likely shifted. Given all of these factors, it will take some extra time to complete settlement discussions. Consequently, the parties jointly request that they be given 90 more days to report back to the Court on whether they have reached agreement or if they need additional Court participation.

Dated May 19, 2020.

Respectfully submitted by,

| STRONG & HANNI | HOLLAND & HART, LLP |
|---|---|
| /s/ *Casey W. Jones*_____ | / s/ *James L. Barnett*_____ |
| Casey W. Jones | James L. Barnett |
| ***Attorneys for defendant*** | ***Attorneys for plaintiffs*** |
| *(Signed by Filing Attorney with permission of Attorneys for defendant)* | |

14658986_v1