James L. Barnett (7402)
**HOLLAND & HART LLP**
222 S. Main Street, Suite 2200
Salt Lake City, UT 84101
Telephone: (801) 799-5826
jbarnett@hollandhart.com

*Attorneys for plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LANDESK SOFTWARE, INC., a Delaware Corporation, and CRIMSON CORPORATION, a Delaware corporation,<br><br>  Plaintiffs,<br>vs.<br><br>WAVLINK TECHNOLOGY LTD., a Delaware corporation,<br><br>  Defendant. | **JOINT STATUS REPORT**<br><br><br><br>Case No. 2:16-cv-00400-DN<br><br><br>Judge David Nuffer |

    Pursuant to the Court's Status Report Order (Dkt. 40), plaintiffs LANDesk Software, Inc. and Crimson Corporation ("plaintiffs") and defendant Wavlink Technology LTD hereby jointly notify the Court that since the latest Joint Status Report filed with the Court August 19, 2020, the parties are continuing to negotiate, discussing resolution terms, and exchanging drafts of potential settlement agreements. Unlike the last status report, the parties have since moved closer to resolution but are still attempting to reach final terms. Consequently, the parties request that they be permitted to report back to the Court with a status update within the next 60 days.

    Dated November 24, 2020.

    Respectfully submitted by,

| | |
|---|---|
| STRONG & HANNI | HOLLAND & HART, LLP |
| /s/ *Casey W. Jones* | /s/ *James L. Barnett* |
| Casey W. Jones | James L. Barnett |
| ***Attorneys for defendant*** | ***Attorneys for plaintiffs*** |
| *(Signed by Filing Attorney with permission of Attorneys for defendant)* | |

15766598_v1